IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,

PLAINTIFF,

V.                                                          CASE NO. CV- 1:07CV112-MEF

AL RAY SHOEMAKER,

DEFENDANT.

## MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY PURSUANT TO 28 U.S.C. 2255

1. Name and location of Court which entered the Judgment of Conviction under attack: United States District Court, Middle District of Alabama.

2. Date of Judgment of Conviction: Guilty plea- November 2, 2005; Sentencing - February 7, 2006

3. Length of Sentence: 48 months.

4. Nature of Offense Involved: Wrongful Distribution or Possession of a Listed Chemical in violation of 21 U.S.C. 841(f)(1).

5. What was your Plea?   Guilty

6. Kind of Trial?  None

7. Did you testify at trial?   No

8. Did you appeal from the Judgment of Conviction?   No

9. If you did Appeal, answer the following:

   (a) Name of Court - N/A

   (b) Result - N/A

   (c) Date of Result - N/A

   (d) No Evidentiary Hearing.  N/A

10. Other than a direct Appeal from the Judgment of Conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court? Yes

11. If you answer to 10 was "yes", give the following information:

(a) Name of Court: N/A

(b) Result: N/A

(c) Date of Result: N/A

(d) No Evidentiary Hearing: NA

12. State concisely every ground on which you claim that you are being held unlawfully.

**(a) <u>Ground One:</u>** Ineffective Assistance of Counsel

**<u>Supporting Facts:</u>**

The facts are more fully set out in the supporting memorandum of law.

**(b) <u>Ground Two:</u>**

Defendant was sentenced on the basis of inaccurate and incomplete information.

**<u>Supporting Facts:</u>**

The facts are more fully set out in the supporting memorandum of law.

13. If any of the grounds listed in 12(a) were previously presented, state briefly what grounds were not presented, and give your reasons for not presenting them.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?   No

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing: NA

(b) At arraignment and plea: David F. Holmes, P.O. Box 1180, Slocumb, AL 363745, 334-886-2331.

(c) At trial: N/A

(d) At Sentencing: Same

(e) On Appeal: N/A

(f) In any post-conviction proceedings. Susan G. James, Attorney at Law, 600 S. McDonough Street, Montgomery, Alabama 36104, 334-269-3330.

(g) On appeal from any adverse ruling on a post-conviction proceeding: NA

16. Were you sentenced on more than one count of an indictment, or on more than one indictment in the same court and at approximately the same time? No

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack? No

**WHEREFORE**, Movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

Respectfully submitted this ___ day of February 2007.

_____
Susan G. James (ASB-7956-J64S)
Attorney for Movant

Address of Counsel:
Law Office of
Susan G. James & Associates
600 South McDonough St.
Montgomery, Alabama 36104
334/269-3330
334/263-4888 (Fax)

### CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy of the foregoing was served upon Mr. Tommie Hardwick, Assistant United States Attorney, P. O. Box 197, Montgomery, Alabama 36101 this ___ day of February, 2007.

The above instrument was served via:
( ) personal service
(✓) first class mail
( ) certified mail, return receipt requested
( ) facsimile
( ) overnight courier

_____
Of Counsel

3

◤AO 245B (Rev 06/05) Judgment in a Criminal
Sheet 1

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| AL RAY SHOEMAKER | |

Case Number:    1:05CR153-MEF

USM Number:    11720-002

__David Franklin Holmes__
Defendant's Attorney

**THE DEFENDANT:**

X pleaded guilty to count(s)  __1s of the Felony Information on 11/2/2005__

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☐ was found guilty on count(s) _____
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21:841(f)(1) and 18:2 | Controlled Substance - Sell, Distribute or Dispense/Aiding & Abetting | 5/1/2003 | 1s |

The defendant is sentenced as provided in pages 2 through __7__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

X Count(s)  __1-5 of the Indictment__   ☐ is   X are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

February 7, 2006
Date of Imposition of Judgment

_/s/_
Signature of Judge

MARK E. FULLER, CHIEF U.S. DISTRICT JUDGE
Name and Title of Judge

9 February 2006
Date

Case 1:05-cr-00153-MEF-CSC    Document 84    Filed 02/09/2006    Page 2 of 7
Case 1:07-cv-00112-MEF-CSC    Document 1-2    Filed 02/06/2007    Page 2 of 7

AO 245B    (Rev. 06/05) Judgment in Criminal Case
            Sheet 2 — Imprisonment

| | | |
|---|---|---|
| DEFENDANT: | AL RAY SHOEMAKER | Judgment — Page 2 of 7 |
| CASE NUMBER: | 1:05CR153-F | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Forty eight (48) months.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   X before 2 p.m. on **March 24, 2006**.

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: AL RAY SHOEMAKER
CASE NUMBER: 1:05CR153-F

Judgment—Page __3__ of __7__

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:

**Two (2) years.**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☒ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

| DEFENDANT: | AL RAY SHOEMAKER | Judgment—Page 4 of 7 |
|---|---|---|
| CASE NUMBER: | 1:05CR153-F | |

## SPECIAL CONDITIONS OF SUPERVISION

Defendant shall submit to a search of his person, residence, office or vehicle pursuant to the search policy of this Court.

| DEFENDANT: | AL RAY SHOEMAKER | Judgment — Page 5 of 7 |
|---|---|---|
| CASE NUMBER: | 1:05CR153-F | |

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTALS | $ 100.00 | $ 0 | $ 0 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| TOTALS | $ 0 | $ 0 |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

    ☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

| | |
|---|---|
| DEFENDANT: AL RAY SHOEMAKER | Judgment — Page 6 of 7 |
| CASE NUMBER: 1:05CR153-F | |

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A** [X] Lump sum payment of $ __100.00__ due immediately, balance due

    [ ] not later than _____ , or
    [X] in accordance [ ] C, [ ] D, [ ] E, or [X] F below; or

**B** [ ] Payment to begin immediately (may be combined with [ ] C, [ ] D, or [ ] F below); or

**C** [ ] Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** [ ] Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** [ ] Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** [X] Special instructions regarding the payment of criminal monetary penalties:

    Criminal monetary payments shall be made payable to the Clerk, U.S. District Court, Middle District of Alabama, P.O. Box 711, Montgomery, AL 36101.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

[ ] Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall pay the following court cost(s):

[X] The defendant shall forfeit the defendant's interest in the following property to the United States:
*The Court is aware that the time for formal notice prior to the final order of forfeiture had not expired by the date of sentencing but, as to any interest in the subject property by defendant Shoemaker neither defendant, nor defendants counsel

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

| | |
|---|---|
| DEFENDANT: AL RAY SHOEMAKER | Judgment—Page 7 of 7 |
| CASE NUMBER: 1:05CR153-F | |

## ADDITIONAL FORFEITED PROPERTY

objected to the final order of forfeiture as to his interest at sentencing.

All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known as AL'S BP located on Highway 52 West Hartford, Alabama, more particularly described as:
One lot of parcel of land in the Town of Hartford, Geneva County, Alabama as surveyed by Branton Land Surveyors and being more particularly described as follows: Commencing at the intersection of the west line of the SW 1/4 of Section 35, T2N, R23E and the northerly R/W of Ala. Hwy. No. 52 (100' R/W); thence run N67°-55'-19"E along said R/W 394.10 feet to an existing iron pipe and the Point of Beginning; thence continue N67°-55'-19"E along said R/W 435.6 feet to a set iron pipe; then North 215.83 feet to the SE corner of parcel one shown hereon; thence S67°-55'-19"W along the south line of said parcel one 435.6 feet; thence South 215.83 feet to the Point of Beginning. Said land being located in the above mention forty and containing 2 acres.

CLOSED, KG

# U.S. District Court
## Alabama Middle District (Dothan)
### CRIMINAL DOCKET FOR CASE #: 1:05-cr-00153-MEF-CSC-1
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Shoemaker et al | Date Filed: 06/29/2005 |

Assigned to: Hon. Chief Judge Mark E. Fuller
Referred to: Honorable Charles S. Coody

### Defendant

**Al Ray Shoemaker** (1)
*TERMINATED: 02/09/2006*
*doing business as*
Al's BP (1)
*TERMINATED: 02/09/2006*

represented by **David Franklin Holmes**
Holmes & Eubanks
PO Box 1180
Slocomb, AL 36375
334-886-3123
Fax: 334-886-2331
Email: daveholmes@centurytel.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 21:841(f)(1) and 18:2; CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE/AIDING & ABETTING; NMT $250,000 [*]; NMT 5Y, B; NMT 3Y SUP REL; $100 SA; G-LINES; VWPA; FORFEITURE ALLEGATION (1s) | 48 Mos Imp; 2 Yrs Sup Rel; $100 SA; Forf Alleg. |

### Highest Offense Level (Opening)
Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 21:846 -CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE; NMT $2,000,000 [*], | Dismissed by Motion of the Government |

| | |
|---|---|
| NLT 5Y, NMT 40Y, B, NMT 4Y SUP REL; G-LINES; VWPA; $100 AF; FORFEITURE ALLEGATIONS (1) | |
| 21:841-CONTROLLED SUBSTANCE - SELL, DISTRIBUTE OR DISPENSE; 21:841 - CONTROLLED SUBSTANCE - SELL, DISTRIBUTE OR DISPENSE; NMT$250,000 [*]; NMT 20Y, B; NMT 5Y SUP REL; G-LINES;VWPA; $100 AF; FORFEITURE ALLEGATIONS (2) | Dismissed by Motion of the Government |
| 21:841(c)(2)-CONTROLLED SUBSTANCE - SELL, DISTRIBUTE OR DISPENSE-21:841 - CONTROLLED SUBSTANCE - SELL, DISTRIBUTE OR DISPENSE; NMT$250,000 [*]; NMT 20Y, B; NMT 5Y SUP REL; G-LINES;VWPA; $100 AF; FORFEITURE ALLEGATIONS (3) | Dismissed by Motion of the Government |
| 21:841 (c)(2)CONTROLLED SUBSTANCE - SELL, DISTRIBUTE OR DISPENSE-21:841 - CONTROLLED SUBSTANCE - SELL, DISTRIBUTE OR DISPENSE; NMT$250,000 [*]; NMT 20Y, B; NMT 5Y SUP REL; G-LINES;VWPA; $100 AF; FORFEITURE ALLEGATIONS (4) | Dismissed by Motion of the Government |
| 21:841(c)(2)-CONTROLLED SUBSTANCE - SELL, DISTRIBUTE OR DISPENSE-21:841 - CONTROLLED SUBSTANCE - SELL, DISTRIBUTE OR DISPENSE; NMT$250,000 [*]; NMT 20Y, B; NMT 5Y SUP REL; G-LINES;VWPA; $100 AF; FORFEITURE ALLEGATIONS (5) | Dismissed by Motion of the Government |

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                                     **Disposition**

None

**Plaintiff**

USA                                    represented by   **Tommie Brown Hardwick**
                                                        U.S. Attorney's Office
                                                        PO Box 197
                                                        Montgomery, AL 36101-0197
                                                        334-223-7280
                                                        Fax: 334-223-7135
                                                        Email: tommie.hardwick@usdoj.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **John T. Harmon**
                                                        U.S. Attorneys Office
                                                        PO Box 197
                                                        Montgomery, AL 36101-0197
                                                        334-223-7280
                                                        Fax: 334-223-7560
                                                        Email: john.harmon@usdoj.gov
                                                        *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/01/2005 | 3 | WARRANT Issued as to Al Ray Shoemaker. (war ) (Entered: 07/01/2005) |
| 07/08/2005 |   | Case unsealed as to Al Ray Shoemaker per notice of arrest from USMS. (kcg, ) (Entered: 07/08/2005) |
| 07/08/2005 |   | Arrest of Al Ray Shoemaker, Martha Davis (sql, ) (Entered: 07/12/2005) |
| 07/08/2005 | 9 | Minute Entry for proceedings held before Judge Delores R. Boyd :Initial Appearance as to Al Ray Shoemaker held on 7/8/2005 (Recording Time FTR: 4:18 - 4:48 pm.) (sql, ) (Entered: 07/12/2005) |
| 07/08/2005 | 10 | ORDER Setting Conditions of Release as to Al Ray Shoemaker (1) $25,000 non-surety . Signed by Judge Delores R. Boyd on 7/8/2005. (sql, ) (Entered: 07/12/2005) |
| 07/08/2005 | 11 | non-surety Bond Entered as to Al Ray Shoemaker in amount of $ $25,000, (sql, ) (Entered: 07/12/2005) |
| 07/12/2005 | 8 | NOTICE OF ATTORNEY APPEARANCE: David Franklin Holmes appearing for Al Ray Shoemaker (Holmes, David) (Entered: 07/12/2005) |
| 07/12/2005 | 23 | Arrest Warrant Returned Executed in case as to Al Ray Shoemaker. Defendant arrested on 7/8/05. (kcg, ) (Entered: 07/13/2005) |

| | | |
|---|---|---|
| 07/13/2005 | 25 | NOTICE as to Al Ray Shoemaker to retained criminal defense attorney handed to Atty. David F. Holmes in open court. (sql, ) (Entered: 07/13/2005) |
| 07/13/2005 | 26 | WAIVER of Speedy Trial by Al Ray Shoemaker (sql, ) (Entered: 07/13/2005) |
| 07/13/2005 | 27 | Minute Entry for proceedings held before Judge Susan Russ Walker :Arraignment as to Al Ray Shoemaker (1) Count 1,2,3,4,5 held on 7/13/2005, Plea entered by Al Ray Shoemaker Not Guilty on counts 1,2,3,4,5. (Recording Time FTR: 10:28 - 10:30 am.) (sql, ) (Entered: 07/13/2005) |
| 07/20/2005 | 31 | ORDER ON ARRAIGNMENT as to Al Ray Shoemaker Pretrial Conference set for 9/19/2005 01:00 PM in Courtroom 4B before Honorable Charles S. Coody. Jury Trial set for 11/7/2005 before Hon. Chief Judge Mark E. Fuller. Pretrial Motions due by 9/17/2005. Response to Motion due by 9/29/2005. Discovery due by 7/20/2005. Signed by Judge Charles S. Coody on 7/20/05. (kcg, ) (Entered: 07/20/2005) |
| 08/10/2005 | 35 | NOTICE OF ATTORNEY APPEARANCE John T. Harmon appearing for USA. (Harmon, John) (Entered: 08/10/2005) |
| 09/19/2005 | 40 | Minute Entry for proceedings held before Judge Charles S. Coody :Pretrial Conference as to Al Ray Shoemaker held on 9/19/2005. Pretrial conference NOT HELD due to counsel for defendant NOT PRESENT in court for today's proceeding. (Recording Time FTR: 1:25 - 1:25.) (ws, ) (Entered: 09/20/2005) |
| 09/21/2005 | 43 | ORDER as to Al Ray Shoemaker that the pretrial conference previously set in the above-case for 9/19/2005 be and is hereby RESET for 9/23/2005 09:00 AM in by telephone before Honorable Charles S. Coody. This proceeding shall be conducted by telephone conference which the court will set up. Signed by Judge Charles S. Coody on 9/21/05. (kcg, ) (Entered: 09/21/2005) |
| 09/23/2005 | 46 | Minute Entry for proceedings held before Judge Charles S. Coody :Pretrial Conference as to Al Ray Shoemaker held on 9/23/2005 (Recording Time FTR: 9:01 - 9:02.) (ws, ) (Entered: 09/23/2005) |
| 09/23/2005 | 47 | PRETRIAL CONFERENCE ORDER as to Al Ray Shoemaker Jury Selection set for 11/7/2005 before Hon. Chief Judge Mark E. Fuller. Jury Trial (which is expected to last 3 trial days) is set for 11/7/2005 before Hon. Chief Judge Mark E. Fuller. Voir Dire due by 10/31/2005; Proposed Jury Instructions due by 10/31/2005; Motions in Limine due by 10/31/2005; Plea Agreement due by 10/31/2005. Signed by Judge Charles S. Coody on 9/23/05. (kcg, ) (Entered: 09/23/2005) |
| 10/27/2005 | 48 | NOTICE OF INTENT TO CHANGE PLEA by Al Ray Shoemaker (Holmes, David) (Entered: 10/27/2005) |

| | | |
|---|---|---|
| 10/28/2005 | ●50 | ORDER as to Al Ray Shoemaker Change of Plea Hearing set for 11/2/2005 01:00 PM in Courtroom 4B before Honorable Charles S. Coody. If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for the proceeding. Signed by Judge Charles S. Coody on 10/28/05. (kcg, ) (Entered: 10/28/2005) |
| 10/28/2005 | ●51 | FELONY INFORMATION as to Al Ray Shoemaker (1) count(s) 1s. (kcg, ) (Entered: 10/28/2005) |
| 10/28/2005 | 52 | Limits of Punishment as to Al Ray Shoemaker: (kcg, ) (Entered: 10/28/2005) |
| 11/02/2005 | ●56 | Consent to Enter Guilty Plea before U. S. Magistrate Judge as to Al Ray Shoemaker (ws, ) (Entered: 11/02/2005) |
| 11/02/2005 | ●57 | WAIVER OF INDICTMENT by Al Ray Shoemaker (ws ) (Entered: 11/02/2005) |
| 11/02/2005 | ●58 | PLEA AGREEMENT as to Al Ray Shoemaker (ws, ) (Entered: 11/02/2005) |
| 11/02/2005 | ●59 | Minute Entry for proceedings held before Judge Charles S. Coody :Change of Plea Hearing as to Al Ray Shoemaker held on 11/2/2005, Plea entered by Al Ray Shoemaker (1) Guilty to Count 1s Felony Information. (Court Reporter Mitchell Reisner) (ws ) (Entered: 11/02/2005) |
| 11/02/2005 | ● | ORAL ORDER Accepting Guilty Plea as to Al Ray Shoemaker and Adjudicating the defendant guilty as to Count(s) 1s of the Felony Information . Signed by Judge Charles S. Coody on 11/2/05. (ws, ) (Entered: 11/02/2005) |
| 11/02/2005 | ●60 | ORDER as to Al Ray Shoemaker that the defendant be released and continued under the same conditions of release imposed by the Magistrate Judge on 7/8/05 . Signed by Judge Charles S. Coody on 11/2/05. (ws, ) (Entered: 11/02/2005) |
| 11/03/2005 | ●61 | MOTION for Hearing *Forfeiture Hearing* by USA as to Al Ray Shoemaker. (Harmon, John) (Entered: 11/03/2005) |
| 11/04/2005 | ●63 | ORDER as to Al Ray Shoemaker GRANTING 61 MOTION for Hearing *Forfeiture Hearing* filed by USA. Forfeiture Hearing is set for 1/24/2006 09:00 AM in Courtroom 2A before Hon. Chief Judge Mark E. Fuller. Signed by Judge Mark E. Fuller on 11/4/05. (kcg, ) (Entered: 11/04/2005) |
| 11/18/2005 | ●65 | ORDER as to Al Ray Shoemaker Sentencing set for 2/6/2006 09:00 AM in Courtroom 2A before Hon. Chief Judge Mark E. Fuller, as further set out. Signed by Judge Mark E. Fuller on 11/18/05. (kcg, ) (Entered: 11/18/2005) |
| 12/12/2005 | ●67 | ORDER as to Al Ray Shoemaker Sentencing set for 2/6/2006 is continued to 2/7/2006 09:00 AM in Courtroom 2A before Hon. Chief Judge Mark E. Fuller. Signed by Judge Mark E. Fuller on 12/12/05. (kcg, ) (Entered: |

| | | |
|---|---|---|
| | | 12/12/2005) |
| 01/24/2006 | 69 | Minute Entry for proceedings held before Judge Mark E. Fuller :Forfeiture Hearing as to Al Ray Shoemaker held on 1/24/2006 (Court Reporter James R. Dickens.) (Attachments: # 1 Exhibit List) [exhibits maintained with file in separate binder] (kcg, ) (Entered: 01/24/2006) |
| 01/30/2006 | 72 | ORDER as to Al Ray Shoemaker that this matter is before the Court on the Government's Motion for Forfeiture Hearing (Doc. #61) filed on November 3, 2005. On November 2, 2005, the Defendant entered a plea of guilty to a charge of wrongful distribution or possession of a listed chemical in violation of 21 U.S.C. 841(f)(1). The corresponding plea agreement did not address the issue of the forfeiture of the Defendant's property, Al's BP. At the request of the Government, the Court held a hearing and heard arguments from the parties on the propriety of the entry of a preliminary order of forfeiture on January 24,2006. The Court construes the Motion for Forfeiture Hearing (Doc. #61) as a Motion for the Entry of a Preliminary Order of Forfeiture, and, for the reasons stated below, finds that the Government's motion is due to be GRANTED, as further set out. Signed by Judge Mark E. Fuller on 1/30/06. (kcg, ) (Entered: 01/30/2006) |
| 01/31/2006 | 73 | MOTION for Reduction in Criminal Offense Level for Acceptance of Responsibility by USA as to Al Ray Shoemaker. (Hardwick, Tommie) (Entered: 01/31/2006) |
| 02/02/2006 | 74 | MOTION for Forfeiture of Property *(Motion to Enter Preliminary Order of Forfeiture)* by USA as to Al Ray Shoemaker. (Attachments: # 1 Text of Proposed Order)(Harmon, John) (Entered: 02/02/2006) |
| 02/03/2006 | 76 | PRELIMINARY ORDER of FORFEITURE granting the Government's 74 Motion for Preliminary Order Forfeiture of Property as to Al Ray Shoemaker (1). Moreover, it is further ORDERED as follows: As the result of the guilty plea for Count 1 of the Information, for which the Government sought forfeiture of the property described below pursuant to Title 21, U.S. Code Section 853, and the forfeiture hearing which established the requisite nexus between the property described below and the offense as alleged in Count 1 of the Information, the defendant Al Ray Shoemaker shall forfeit to the United States: All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known as AL'S BP located on Highway 52 West Hartford, Alabama, as further set out in order. Signed by Judge Mark E. Fuller on 2/3/06. (kcg, ) (Entered: 02/03/2006) |
| 02/07/2006 | 82 | Minute Entry for proceedings held before Judge Mark E. Fuller :Sentencing held on 2/7/2006 as to Al Ray Shoemaker (1) (Court Reporter James R. Dickens.) (kcg, ) (Entered: 02/09/2006) |
| 02/07/2006 | | ORAL ORDER as to Al Ray Shoemaker GRANTING 73 MOTION for Reduction in Criminal Offense Level for Acceptance of Responsibility filed by USA,. . Signed by Judge Mark E. Fuller on 2/7/06. (kcg, ) |

| | | |
|---|---|---|
| | | (Entered: 02/09/2006) |
| 02/07/2006 | | ORAL MOTION that the Final Order of Forfeiture be entered on the Judgment by USA as to Al Ray Shoemaker. (kcg, ) (Entered: 02/09/2006) |
| 02/07/2006 | | ORAL ORDER as to Al Ray Shoemaker GRANTING ORAL MOTION that the Final Order of Forfeiture be entered on the Judgment filed by USA,. . Signed by Judge Mark E. Fuller on 2/7/06. (kcg, ) (Entered: 02/09/2006) |
| 02/08/2006 | 81 | MOTION to Dismiss *Indictment* by USA as to Al Ray Shoemaker. (Attachments: # 1)(Hardwick, Tommie) (Entered: 02/08/2006) |
| 02/09/2006 | 83 | ORDER granting 81 Motion to Dismiss Indictment as to Al Ray Shoemaker (1). Signed by Judge Mark E. Fuller on 2/9/06. (kcg, ) (Entered: 02/09/2006) |
| 02/09/2006 | 84 | JUDGMENT as to Al Ray Shoemaker (1), Count(s) 1, 2, 3, 4, 5, Dismissed by Motion of the Government; Count(s) 1s, 48 Mos Imp; 2 Yrs Sup Rel; $100 SA; Forf Alleg. . Signed by Judge Mark E. Fuller on 2/9/06. (kcg, ) (Entered: 02/09/2006) |
| 02/09/2006 | | ***Case Terminated as to Al Ray Shoemaker (kcg, ) (Entered: 02/10/2006) |
| 02/16/2006 | 86 | PRESENTENCE INVESTIGATION REPORT (Sealed) as to Al Ray Shoemaker (kcg, ) (Entered: 02/16/2006) |
| 02/27/2006 | 101 | Process Receipt and Return as to Al Ray Shoemaker on Geneva Co. Judge of Probate on 2/14/06. (kcg, ) (Entered: 02/28/2006) |
| 03/14/2006 | 103 | Process Receipt and Return as to Al Ray Shoemaker as to Al's BP on 3/10/06. (kcg, ) (Entered: 03/14/2006) |
| 03/14/2006 | 104 | Process Receipt and Return as to Al Ray Shoemaker for Sara Shoemaker on 3/10/06. (kcg, ) (Entered: 03/14/2006) |
| 03/14/2006 | 105 | Process Receipt and Return as to Al Ray Shoemaker for David Holmes on 3/10/06. (kcg, ) (Entered: 03/14/2006) |
| 03/14/2006 | 106 | Process Receipt and Return as to Al Ray Shoemaker for Southland Bank on 3/10/06. (kcg, ) (Entered: 03/14/2006) |
| 03/29/2006 | 107 | MOTION to Amend/Correct 76 Order on Motion for Forfeiture of Property,,, *to allow for Cash Payment by Claimant, Sarah Shoemaker* by Al Ray Shoemaker as to Al Ray Shoemaker. (Holmes, David) Modified on 4/5/2006 (kcg, ). [Sarah Shoemaker added as an interested party pursuant to the filing of this motion] (Entered: 03/29/2006) |
| 03/29/2006 | 108 | NOTICE *of Claim of Sarah Shoemaker, Claimant,* by Al Ray Shoemaker as to Al Ray Shoemaker re 107 MOTION to Amend/Correct 76 Order on Motion for Forfeiture of Property,,, *to allow for Cash Payment by Claimant, Sarah Shoemaker* (Holmes, David) (Entered: 03/29/2006) |

| | | |
|---|---|---|
| 03/30/2006 | 109 | Judgment Returned Executed as to Al Ray Shoemaker on 3/24/06 and filed with the Court on 3/30/06. (kcg, ) (Entered: 04/05/2006) |
| 04/05/2006 | 110 | ORDER as to Al Ray Shoemaker that upon consideration of claimant's 107 MOTION to Amend Preliminary Order of Forfeiture to Provide for Cash Payment (Doc. #107) filed March 29, 2006, it is hereby ORDERED that the government show cause in writing on or before April 14, 2006 as to why the motion should not be granted. Signed by Judge Mark E. Fuller on 4/5/06. (kcg, ) (Entered: 04/05/2006) |
| 04/14/2006 | 111 | RESPONSE TO ORDER TO SHOW CAUSE by USA as to Al Ray Shoemaker (Harmon, John) (Entered: 04/14/2006) |
| 05/05/2006 | 112 | Process Receipt and Return as to Al Ray Shoemaker on 4/28/2006. (sql, ) (Entered: 05/08/2006) |
| 05/23/2006 | 113 | MOTION to Amend/Correct 76 Order on Motion for Forfeiture of Property,,, *(Motion to Amend Preliminary Order of Forfeiture)* by USA as to Al Ray Shoemaker. (Attachments: # 1 Text of Proposed Order)(Harmon, John) (Entered: 05/23/2006) |
| 06/05/2006 | 114 | AMENDED PRELIMINARY ORDER OF FORFEITURE as to Al Ray Shoemaker; granting Claimant Sarah Shoemaker's 107 Motion to Amend as to the referenced property and directing the Clerk of Court to forward two certified copies of this order to the USA's office; denying as moot all other pending motions;. Signed by Judge Mark E. Fuller on 6/5/06. (ajr, ) (Entered: 06/05/2006) |
| 06/07/2006 | 115 | Final MOTION for Forfeiture of Property *(Motion for Final Order of Forfeiture)* by USA as to Al Ray Shoemaker. (Attachments: # 1 Text of Proposed Order)(Harmon, John) (Entered: 06/07/2006) |
| 06/13/2006 | 116 | FINAL ORDER DIRECTING FORFEITURE OF PROPERTY as to Al Ray Shoemaker (Incorporating ORDER granting 115 Final MOTION for Forfeiture of Property *filed by USA.) The Clerk of Court shall forward two certified copies of this Order to the United States Attorney's Office. Signed by Judge Mark E. Fuller on 6/13/06.* (ws) (Entered: 06/13/2006) |
| 07/26/2006 | 125 | Process Receipt and Return as to Al Ray Shoemaker on 6/26/2006. (sql, ) (Entered: 07/26/2006) |
| 07/26/2006 | 126 | Process Receipt and Return as to Al Ray Shoemaker on 7/17/2006. (sql, ) (Entered: 07/26/2006) |
| 07/26/2006 | 127 | Process Receipt and Return as to Al Ray Shoemaker on 7/17/2006. (sql, ) (Entered: 07/26/2006) |
| 07/26/2006 | 128 | Process Receipt and Return as to Al Ray Shoemaker on 7/7/2006. (sql, ) (Entered: 07/26/2006) |