IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| AL RAY SHOEMAKER | ) | |
| | ) | CV. NO. 1:07cv112-MEF |
| v. | ) | CR. NO. 1:05cr153-MEF |
| | ) | |
| UNITED STATES OF AMERICA. | ) | |

MOTION FOR EXTENSION OF TIME IN WHICH TO RESPOND TO PETITIONER'S
MOTION TO VACATE, CORRECT, OR SET ASIDE SENTENCE

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, requesting an extension of time in which to respond to Petitioner's Motion to Vacate, Correct, or Set Aside Sentence pursuant to 28 U.S.C. § 2255, and in support of its request, states as follows:

1. Petitioner's claims require reference to the transcripts of his guilty plea, and sentencing hearings. All transcripts have been ordered. One transcript has been received, one was ordered today, since the undersigned counsel mistakenly assumed it had been received.

2. So that the United States may fully respond to each claim raised by Petitioner and comply with this Court's Order directing that all relevant transcripts be submitted with its response, an extension of an additional 21 (twenty-one) days after the current due date of March 9, 2007 is requested. The new due date for a response from the United States would be March 30, 2007.

Respectfully submitted on this the 5th day of March, 2007.

          LEURA G. CANARY
          UNITED STATES ATTORNEY

          /s/ Tommie Brown Hardwick
          TOMMIE BROWN HARDWICK
          Assistant United States Attorney
          Post Office Box 197
          Montgomery, Alabama 36101-0197
          (334) 223-7280
          (334) 223-7135 fax
          tommie.hardwick@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| AL RAY SHOEMAKER | ) | |
| | ) | CV. NO. 1:07cv112-MEF |
| v. | ) | CR. NO. 1:05cr153-MEF |
| | ) | |
| UNITED STATES OF AMERICA. | ) | |

CERTIFICATE OF SERVICE

     I hereby certify that on March 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to: Susan G. James, Esquire.

     Respectfully submitted,

/s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: tommie.hardwick@usdoj.gov
ASB4152 W86T