IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AL RAY SHOEMAKER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.  ) | Civil Action No. 1:07cv112-MEF |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

Pursuant to the orders of this court, respondent United States has filed a response (Doc. No. 7) addressing the matters presented by the petitioner, Al Ray Shoemaker, in his 28 U.S.C. § 2255 motion. In its response, the government argues, *inter alia*, that Shoemaker's motion is barred because he expressly waived his right to challenge his sentence in any post-conviction proceeding when entering his guilty plea. In addition, the government argues that Shoemaker's claims of ineffective assistance of counsel are without merit and fail to meet the standard set forth in *Strickland v. Washington*, 466 U.S. 668 (1984). The government further argues that Shoemaker's specific claim that he is entitled to a sentence reduction based upon his diagnosis of cancer concerns an administrative matter within the discretion of the Federal Bureau of Prisons ("BOP") and this court is not the proper venue to seek such a remedy.

Accordingly, it is

ORDERED that on or before April 23, 2007, Shoemaker may file a reply to the response filed by the government. Any documents or evidence filed after this date will not

be considered by the court except upon a showing of exceptional circumstances. At any time after April 23, 2007, the court shall "determine whether an evidentiary hearing is required. If it appears that an evidentiary hearing is not required, the [court] shall make such disposition of the motion as justice dictates." *See* Rule 8(a), *Rules Governing Section 2255 Proceedings in the United States District Courts*.

Shoemaker is instructed that when responding to the assertions contained in the government's response, he may file sworn affidavits or other documents in support of his claims. Affidavits should set forth specific facts that demonstrate that Shoemaker is entitled to relief on the grounds presented in his motion. If documents that have not previously been filed with the court are referred to in the affidavits, sworn or certified copies of those papers must be attached to the affidavits or served with them. When Shoemaker attacks the government's response by use of affidavits or other documents, the court will, at the appropriate time, consider whether to expand the record to include such materials. Shoemaker is advised that upon expiration of the time for filing a response to this order, the court will proceed to consider the merits of the pending motion.

Done this 30th day of March, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE