IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,

    PLAINTIFF,

V.       CASE NO. CV-1:07cv112-MEF-CSC

AL RAY SHOEMAKER,

    DEFENDANT.

## MOTION TO EXPEDITE 28 U.S.C. §2255

Comes now Al Shoemaker by and through undersigned counsel and files this motion to expedite the 2255 an in support thereof states the following:

1. Shoemaker is dying and has little time left.
2. He is pleading with the Court to grant relief so he can die at home with his wife.
3. He pled guilty to selling pseudoephedrine.
4. There is no longer an issue of punishment and accountability.  He is harmless.
5. He has been moved to the death floor.
6. His recent letter makes clear his cancer is out of control.
7. Wherefore counsel is urging the court to intervene and grant 2255 relief immediately.

As noted in the letter, Dr. Winston, 1-919-575-3900 will confirm the graveness of this situation.

Respectfully submitted,

    s/Susan G. James
    SUSAN G. JAMES
    Attorney at Law
    600 South McDonough Street
    Montgomery, Alabama 36104
    Phone: (334) 269-3330
    Fax: (334) 834-0353
    E-mail: sgjamesandassoc@aol.com
    Bar No: JAM012

CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2007 I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system which will send notification of such filing to the following:

>Tommie Hardwick
>Assistant United States Attorney
>P.O. Box 197
>Montgomery, Alabama, 36101

Respectfully submitted,

>s/Susan G. James
>SUSAN G. JAMES
>Attorney at Law
>600 South McDonough Street
>Montgomery, Alabama 36104
>Phone: (334) 269-3330
>Fax: (334) 834-0353
>E-mail: sgjamesandassoc@aol.com
>Bar No: JAM012