IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,

    PLAINTIFF,

V.

AL RAY SHOEMAKER,

    DEFENDANT.

CASE NO. CV-1:07cv112-MEF-CSC

**RESPONSE TO 28 U.S.C. §2255**

Comes now Al Shoemaker by and through undersigned counsel and files this response to the Government's response to his 28 U.S.C. §2255 an in support thereof states the following:

1. Counsel has requested responsive affidavits from Shoemaker and his wife to rebut allegations in the Government's response to the 2255 and the affidavit from former counsel David Holmes.

2. Shoemaker is incarcerated at the Federal Medical Center, Butner, North Carolina and his affidavit will not be provided for several days.

3. Counsel seeks leave of Court to supplement this response with the affidavit from Shoemaker once received.

4. Further, counsel reminds the Court that contrary to the Government's suggestion at page 8 of its response, Shoemaker did not waive his right to file a 28 U.S.C. §2255 based on ineffective assistance of counsel.  (See Plea Agreement, Page 4) Shoemaker has raised an ineffective claim in his 2255 and the same is not barred by the language of his plea agreement.

5. Further, this Court should be mindful that as stated by the Government on page 9 that the Eleventh Circuit has not addressed an ineffective assistance sentencing claim in the face of a waiver.   When a plea agreement is entered and it includes language regarding a non-waiver of an ineffective assistance claim pursuant to 28 U.S.C. §2255 it is clearly contemplated that the ineffective assistance claim would either be based on counsel's performance at plea and/sentencing.

6. Additionally, Shoemaker has taken advantage of the administrative remedy process at the federal prison in Butner, North Carolina. His appeal to the regional office has been denied.

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012

## CERTIFICATE OF SERVICE

I hereby certify that on April ____, 2007 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012