IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AL RAY SHOEMAKER, ) | |
| ) | |
| Petitioner, ) | |
| v. ) | CASE NO. 1:07-cv-112-MEF |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **O R D E R**

This matter is before the Court on Petitioner's Motion to Expedite (Doc. # 9) and his request in his Response (Doc. # 10) for leave of Court to supplement his Response with an affidavit, construed as a motion to supplement. Upon consideration, it is hereby ORDERED that:

1. Petitioner's Motion to Expedite (Doc. # 9) is GRANTED.

2. Petitioner's request for leave of Court to supplement his Response with an affidavit (Doc. # 10), construed as a motion to supplement, is GRANTED.

3. Petitioner shall file the affidavit on or before May 1, 2007.

DONE this the 23rd day of April, 2007.

                                        /s/ Mark E. Fuller
                                CHIEF UNITED STATES DISTRICT JUDGE