IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

UNITED STATES OF AMERICA,

    PLAINTIFF,

V.

AL RAY SHOEMAKER,

    DEFENDANT.

CASE NO. CV-1:07cv112-MEF-CSC

**REPLY TO GOVERNMENT'S RESPONSE TO 28 U.S.C. §2255
WITH A SUPPLEMENTAL AFFIDAVIT**

Comes now Al Shoemaker by and through undersigned counsel and files this reply to the Government's Response to his 28 U.S.C. §2255 and his supplemental affidavit and in support thereof states the following:

1. Shoemaker filed a timely 2255.

2. The Government responded.

3. The Court permitted Shoemaker to respond to the Government's answer and file supporting answers.

4. In the Government's answer there was an affidavit from former counsel denying knowledge of Shoemaker's health problems.

5. On April 18, 2007 Shoemaker filed a response to the Government's answer. Shoemaker noted that he would need to supplement with his affidavit once it was received by counsel.

6. Counsel has just received Shoemaker's affidavit. (Exhibit 1)

7. It is clear from his affidavit that his former counsel was aware of his medical condition yet never made it known to the Court.

8. The affidavit supports Shoemaker's claim that his lawyer was ineffective.

9. Shoemaker is dying and has been denied a compassionate release from prison. It is estimated he has two weeks to two months to live. He has been placed on the death floor at the

Federal Medical Center, Butner, North Carolina.

    10. Shoemaker filed a motion to expedite his 2255 which has been granted by this Court.

    11. Shoemaker urges this Court to grant the relief requested in the 2255 causing his immediate release from prison.

    Respectfully submitted,

        s/Susan G. James
        SUSAN G. JAMES
        Attorney at Law
        600 South McDonough Street
        Montgomery, Alabama 36104
        Phone: (334) 269-3330
        Fax: (334) 834-0353
        E-mail: sgjamesandassoc@aol.com
        Bar No: JAM012

## CERTIFICATE OF SERVICE

    I hereby certify that on April 26, 2007 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101


    Respectfully submitted,

        s/Susan G. James
        SUSAN G. JAMES
        Attorney at Law
        600 South McDonough Street
        Montgomery, Alabama 36104
        Phone: (334) 269-3330
        Fax: (334) 834-0353
        E-mail: sgjamesandassoc@aol.com
        Bar No: JAM012

AFFIDAVIT OF AL RAY SHOEMAKER

STATE OF NORTH CAROLINA:
                            SS:
COUNTY OF DURHAM:

BEFORE ME, THE UNDERSIGNED AUTHORITY, PERSONALLY APPEARED, AL RAY SHOEMAKER, PERSONALLY KNOWN TO ME, WHO AFTER BEING DULY SWORN; DEPOSES AND SAYS:

1. IN SEVERAL CONVERSATIONS WITH MY LAWYER, MR. DAVID HOLMES, I MENTIONED MY PRIOR COLON SURGERY AND HOW A FOOT OF MY INSIDES WERE REMOVED FOR DIVERTICULITIS. I ALSO MENTIONED I HAD A SECOND OPERATION TO REVERSE THE COLOSTOMY, SEVERAL MONTHS LATER.

2. AT NO TIME, DID MR. DAVID HOLMES DISCUSS OR SUGGEST ANY MEDICAL EVALUATION OR NEED FOR SURGERY IN MY COLON.

FURTHER AFFIANT SAYETH NOT.      *Al Ray Shoemaker*
                                 AL RAY SHOEMAKER

IN WITNESS WHEREOF, I *TAmmY S. LAWS*, NOTARY PUBLIC HAVE WITNESSES THE ABOVE SIGNATURE OF AL RAY SHOEMAKER, WHO ACKNOWLEDGED BEFORE ME, UNDER OATH, THAT THE ABOVE STATEMENTS ARE TRUE AND CORRECT, THIS 16TH DAY OF APRIL, 2007, AT BUTNER, N.C..

MY COMMISSION EXPIRES:           *Tammy S. Laws*
     9/15/2010                   NOTARY PUBLIC, STATE OF NORTH
                                 CAROLINA, AT LARGE



TAMMY S LAWS
NOTARY PUBLIC
GRANVILLE COUNTY NC
My Commission Expires 9-15-2010