**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

UNITED STATES OF AMERICA,

      PLAINTIFF,            *
                               *

V.                       *      CASE NO. CV-1:07cv112-MEF-CSC
                               *

AL RAY SHOEMAKER,      *
                               *

      DEFENDANT.       *

**SECOND SUPPLEMENT TO 28 U.S.C. §2255**

Comes now Al Shoemaker by and through undersigned counsel and files this his second supplement to his 28 U.S.C. §2255 and in support thereof states the following:

1. The undersigned received on today's date the enclosed information from Shoemaker who is currently dying in a Federal Medical Center in Butner, North Carolina. These are new medical reports for the Court's consideration. It is obvious that his condition continues to worsen. (Exhibit 1)

2. Also enclosed is a March 15, 2007 denial by the Bureau of Prisons Regional Director for a Compassionate Release. (Exhibit 2)

3. As this Court may know the United States Sentencing Commission has sent Congress a list of proposed changes to the Federal Sentencing Guidelines to become effective November 1, 2007. There is a guideline amendment regarding early release for extraordinary and compelling reasons. Because the Bureau of Prisons rarely grants relief pursuant to 18 U.S.C. §3582(c)(1)(A)(I) the Sentencing Commission has laid out some grounds for early release which broaden application of the statute. The Commission now suggests looking at extraordinary and compelling reasons provided that the defendant meets the requires of subsection (2) that the defendant is not a danger to the safety of any person or to the community; such reasons exist under the following circumstances: (1) that the defendant is terminally ill, (2) that he is suffering from a permanent physical or mental condition, (3) the death or incapacitation of defendant's only family member caring for the defendant's minor child or minor children and is determined by the Bureau of Prisons there exist in the defendant's case an extraordinary compelling reason within a

combination with the reasons described above.   It is clear Shoemaker meets these elements yet

the Bureau of Prisons continues to deny relief.

4.  It would be greatly appreciated if the Court would grant immediate relief on the 2255.   In

the alternative it is respectfully requested that the Court consider granting a bond during the

pendency of this proceeding.

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012


CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2007 I electronically filed the foregoing with the Clerk of
Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101




Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012

EXHIBIT 1

BP-S622.060 **RADIOLOGIC CONSULTATION REQUEST/REPORT** CDFRM
JUL 99
**U.S. DEPARTMENT OF JUSTICE**                                    FEDERAL BUREAU OF PRISONS

| **Patient Identification:** Name, Register Number, Date of Birth, Institution | Age: 65 | Sex: M | Examination Performed: |
|---|---|---|---|
| | Pregnant:     No | | ⮞ CT scan of abdomen with intravenous contrast |
| SHOEMAKER, Al 11720-002 02-24-42 FMC Butner | Diabetic: | | Unit: 4D |
| | Requested By: ANDES MD | | Date Requested: 03-12-07 |

| History/Indications for Study: ⮞ colorectal cancer, follow-up | | | |
|---|---|---|---|
| Date of Study: 03-22-07 [Thursday] | Date Dictation Received: 03-22-07 [Thursday] | Date Dictation Transcribed: 03-23-07 [Friday] | Film: |

⌣ AM
4/4

## RADIOLOGIC REPORT

**Procedure:**       Axial images of the abdomen were obtained after the administration of 150 cc Isovue 300 IV.
**Comparisons:**   9-1-06, 1-26-07

## FINDINGS
Imaged portions of the visualized lungs are unremarkable. Numerous hypodense masses are seen throughout the liver. There is a suggestion of slight interval enlargement. This is visibly appreciable on the lesion at the right hepatic lobe at the inferior portion which on current examination measures approximately 2.4 cm. On the recent previous CT scan it measured up to 2.1 cm. Although the minor difference could be related to slice selection, due to bulging contour slight increase in size is favored. Similarly, subcapsular lesion in the dome of the right hepatic lobe on image 8 appears slightly larger than on previous exam. Several other lesions are noted. There is no definite evidence to suggest new liver masses. Omental masses including the soft tissue density mass in the right pericolonic region remain unchanged. Bilateral adrenal calcifications could be related to prior granulomatous disease or old adrenal hemorrhage. No retroperitoneal adenopathy. The spleen, pancreas and kidneys are grossly unremarkable. Atherosclerotic disease of the aorta is noted. Small umbilical hernia may be present.

## IMPRESSION
1.   Probable slight interval worsening liver metastases as outlined above.
2.   Omental nodules consistent with metastatic disease.
3.   Previous findings at the lung bases not included on today's examination.
4.   Bilateral adrenal calcifications likely due to old hemorrhage or granulomatous disease. No change.

| Signature: HEMANG PATHAK, M.D. | Location of Radiologic Facility: FMC Butner |
|---|---|

Original - Medical Record; Copy - Physician; Copy - Radiology
(This form may be replicated via WP)          This form replaces BP-S622 dtd AUG 96

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each |
|------|------------------------------------------------------------------|
| 4/17/07 2300 | S) My left hand is Numb O) reports that Pinkie finger is ½ Numb, ring finger is ¼ Numb noticed about a week ago, denies pain in ® hand. grip equal in Both extremities A) altered comfort P) continue c̄ plan of care E) call nurse as needed, verbally agreed —S.Thompson(RN) S.Thompson |
| 4/18/07 1730 | S) "I need something else for pain, please, I need to see a doctor." O) VS 113/70, 77, 20, 97.7, 95% on RA. Alert & oriented x 3. BS® x4, Bell evie & reg. Lying in bed resting. ® Pain r/t disease process. ® Hospitalist notified. Pain meds increased. New order given. Con't plan of care. Will con't to monitor & evaluate. E) alert staff of needs. Verbalize understanding. Ann Carmona(RN) Ann Carmona(RN) |
| 4/19/07 | Hem/onc F/u 108/71    96   .96±.   18  96%   . Long discussion c̄ pt held in pt's room w/ RN He "feels good" today adm's cried when he recounted that wife came to visit @ DRH for "1st time in 9 mos" Hx GI bleed is off/on but anxious for chemo. Dr. Mercado has spoken c̄ him re colostomy which he c/o no grief b. Exc'n No masses, Rhon RLQ fullness No b/ KS I'yi W/deferred colon cc Rec'd Rx x2 then regw W. Abe Andes, MD FCC Butner |

BF6885163-07  STANDARD FORM 600 BACK (REV

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|------|-----------------------------------------------------------------|
| 4-2-07 | med. Onc'. |
| 1245 | 200^105 - 71'' - 98^3 - 77 - 20 - 12/56 - 97%O |
|  | ↑, # |
|  | Hearing aids not fitted in Feb — will reconsult |
|  | Slight dimple F last week) chew. No tch |
|  | painless. Slight response only 2 — does not |
|  | want Abx |
|  | W. Abe Andes, MD |
|  | FCC, Butner |
|  | BF6885163-072 |
|  | Exam Unchanged |
|  | A: Colon ca c progression on FOLFOX & FOLFIRI? |
|  | R: Weekly chemo + erlotinib — til result |
|  | known |

CONSULTATION REPORT

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| **Name:** SHOEMAKER, Al | **Institution:** FMC Butner |
| **Reg. #:** | **Consultant:** ANDES MD |
| **DOB:** | |

| Reason for Consult/Disease: <br> ☛ metastatic colon cancer | | |
| --- | --- | --- |
| Date of Visit/Dictation: 03/05/07 <br> (Monday) | Dictation Received: 03/06/07 <br> (Tuesday) | Dictation Transcribed: 03/09/07 <br> (Friday) |

### CONSULT → MEDICAL ONCOLOGY

**SUBJECTIVE:**
Mr. Shoemaker is fairly stable. He did have to go to the hospital overnight at Durham Regional Hospital for what was thought at first to be chest pain but he says was eventually judged to be "acid". However, he was given nitroglycerin, which he hardly ever takes. He remains depressed. His last CEA was all the way up to 91 but that doesn't fit too well with what I am seeing on the physical exam, nor with the CT scan done 1/26.

**OBJECTIVE:**
His vital signs look good. Only a little crying today. His abdomen is slightly obese with no palpable liver/kidney/spleen or mass. He was tender in the left epigastric area and over the liver to some extent. I think the liver might be down a centimeter but he does not have any distinct nodules. He is difficult to evaluate. He has no pedal edema. His chest is clear. His heart tones are unremarkable. He droops his head onto his hands at a moment's notice - for instance in the chair, standing at the counter, and so forth.

**ASSESSMENT & PLAN:**
Mr. Shoemaker is in a tenuous spot. Clearly if this CEA is actually up to 96 as reported I'm going to have to consider that he's also failed FOLFOX. However, if that was spurious then we're going to go back to previous therapy.

| Signature: _W. ABE ANDES, M.D._ 3/12/07 |
| --- |

WAA/tb                                    *Preliminary report until signed.*

EXHIBIT 2

# Regional Administrative Remedy Appeal
## Part B - Response

**Date Filed: January 30, 2007**                    **Remedy No.: 438701-R1**

You appeal the November 20, 2006, denial of your request for a Reduction in Sentence.

At the time of the November 2006 decision, you were capable of completing daily living activities, your life expectancy was unknown, and you were receiving treatment aimed at prolonging your life expectancy. The decision to deny Reduction in Sentence was in accordance with Bureau of Prisons' policy, Program Statement 5050.46, <u>Compassionate Release; Procedures for Implementation of 18 U.S.C. 3582 (c)(1)(A) & 4205(g)</u>. Recently, however, the Warden advised that your condition has deteriorated, and the Compassionate Release Committee will review your case anew. If reconsideration is warranted, your case will be resubmitted to the Regional Office.

Your appeal of the November 20 decision is denied. If you are dissatisfied with this response, you may appeal to the General Counsel, Federal Bureau of Prisons, 320 First Street, N.W., Washington, D.C. 20534. Your appeal must be received in the General Counsel's Office within 30 days from the date of this response.

___MAR 1 5 2007___
Date

K. M. White
Regional Director
Mid-Atlantic Region