IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| PLAINTIFF, | * |
| | * |
| V. | *   CASE NO. CV-1:07cv112-MEF-CSC |
| | * |
| AL RAY SHOEMAKER, | * |
| | * |
| DEFENDANT. | * |

**MOTION TO EXPEDITE 28 U.S.C. §2255**

Comes now Susan G. James, attorney for Al Shoemaker, and files this motion requesting this Court grant an emergency hearing on his 2255 an in support thereof states the following:

1. Shoemaker is presently incarcerated at the Federal Medical Center, Butner, North Carolina and is terminally ill. His days are numbered.

2. He has a non-violent offense and should have the ability to die with some dignity at home with his wife.

3. The Bureau of Prisons has a compassionate release program but have yet to recommend that he be released despite medical reports he should.

4. I am respectfully urging this Court to grant an immediate hearing on the matter and/or grant him an appeal bond at the earliest possible time.

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012

CERTIFICATE OF SERVICE

    I hereby certify that on June 22, 2007 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101


Respectfully submitted,


    s/Susan G. James
    SUSAN G. JAMES
    Attorney at Law
    600 South McDonough Street
    Montgomery, Alabama 36104
    Phone: (334) 269-3330
    Fax: (334) 834-0353
    E-mail: sgjamesandassoc@aol.com
    Bar No: JAM012